JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERT MAGDALENO,

               Petitioner,

    vs.

NEIL McDOWELL, WARDEN,

               Respondent.

Case No. EDCV 15-00108-JLS (DTB)

**J U D G M E N T**

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge filed May 11, 2015,

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 22, 2015

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE